### E. H. DIX v. A. J. TULLY & Co.

A broker to whom a note was given to sell, being in lawful possession of it, has the right to pledge it. The pledgee of the note has the right to demand, and receive the money due on it, and to sue for it in his own name.

APPEAL from the Sixth District Court of New Orleans, *Eggleston*, J.
    *Waples & Eustis*, for plaintiff and appellant, *Simonds & Fenner*, for defendant.

LAND, J.   A promissory note drawn by the plaintiff for the sum of $400, payable to the order of *Joseph Bruneau*, and by him endorsed in blank, was placed in the hands of *Galbraith*, a broker, to be sold.   The broker delivered the note to the defendants *in pledge*, for a loan of money.   The note was paid at maturity by the plaintiff, who sues to recover back the amount paid, on the ground of error in law and in fact.

There was judgment for the defendants and the plaintiff has appealed.

*Galbraith* was in lawful possession of the note, and *had the power of pledging it*, as well as *of selling it, so as to bind the rights of the owner.* Story on Bailments, § 296.

The defendants, *the pledgees* of the note, had the right to recover and receive the money due on it, and to sue for it in their own name. Ib. 321. A payment of the note to defendants was, therefore, valid. C. C. Art. 2136.

The plaintiff was legally bound to pay the note to the defendants, and there consequently could have been no error in making payment to them.

It is, therefore, ordered, adjudged and decreed, that the judgment be affirmed, with costs.